UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RONIS YOEL ESPINAL,

          Plaintiff,

        - against -

CAROLYN W. COLVIN, Commissioner,
Social Security Administration,

          Defendant.
-------------------------------------------------------------X

**JUDGMENT**
14-CV-3835 (RRM)

    A Memorandum and Order of the undersigned having been filed on this day denying in part and granting in part plaintiff's motion for judgment on the pleadings; granting in part and denying in part the Commissioner's cross-motion for judgment on the pleadings; and remanding the case to the Social Security Administration for reconsideration consistent with this Court's Memorandum and Order, it is hereby

    ORDERED, ADJUDGED and DECREED that the case is remanded to the Social Security Administration.

Dated: Brooklyn, New York
       September 8, 2016

SO ORDERED.

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge